JOHN C. KLOOSTERMAN, Bar No. 182625
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jkloosterman@littler.com
jjackson@littler.com

Attorneys for Defendant
NOVELLUS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>Defendant. | Case No. C07-4787 RS<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**<br><br>Date: December 12, 2007<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Honorable Richard Seeborg |

Pursuant to Federal Rule of Evidence 201(b), Defendant Novellus Systems, Inc. requests that this Court take judicial notice of the following:

1.   The press release issued by Plaintiff EEOC on September 18, 2007, which is attached hereto as Exhibit A.

Judicial notice is appropriate for a press release from a federal agency because the press release is publicly available and capable of accurate and ready determination. *In re White Elec. Designs Corp. Sec. Litig.*, 416 F.Supp.2d 754, 760-61 (D. Ariz. 2006); *In re Network Assoc. Inc. II Sec. Litig*, 2003 WL 24051280 at *1 (N.D. Cal. Mar. 25, 2003) (taking judicial notice of an SEC press release). Novellus requests that this Court merely take notice of the document's existence, not the truth or falsity of the statements contained therein. While Novellus believes that

1  the document contains inaccurate statements, the accuracy or inaccuracy of the statements contained
2  therein are not at issue in Novellus' Motion to Dismiss.

3
4  Dated: November 13, 2007

5
6  /s/
   JOHN C. KLOOSTERMAN
7  LITTLER MENDELSON
   A Professional Corporation
   Attorneys for Defendant
8  NOVELLUS SYSTEMS, INC.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S REQUEST FOR JUDICIAL
NOTICE                            2.                                    No. C-07-4787 RS