WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5650
Fax No. (415) 625-5657
E-mail: Sanya.Hill@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>  Defendant. | Case No. C-07-4787-RS<br><br>PLAINTIFF EEOC'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

Plaintiff United States Equal Employment Opportunity Commission ("Commission" or "EEOC") hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 15, 2007            /s/ Sanya Hill Maxion
                                     SANYA HILL MAXION
                                     Attorney for Plaintiff EEOC