**United States District Court**
For the Northern District of California

1
2
3                                                      **\*E-FILED 11/15/07\***
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11   EQUAL EMPLOYMENT OPPORTUNITY                    No. C 07-04787 RS
     COMMISSION,
12
               Plaintiff,
13
          v.                                         **CLERK'S NOTICE OF IMPENDING**
14                                                   **REASSIGNMENT TO A UNITED**
     NOVELLUS SYSTEMS, INC.,                         **STATES DISTRICT JUDGE**
15
               Defendant.
16   _____/
17
18         The Clerk of this Court will now randomly reassign this case to a United States District

19   Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

20         PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled

21   matter which was previously set for January 9, 2008 at 2:30 p.m. before the Honorable Judge

22   Richard Seeborg has been vacated.

23
     Dated:  11/15/07
24
25
26                                           For the Court,
                                             RICHARD W. WEIKING, Clerk
27
28                                           By:    /s/ Martha Parker Brown_____
                                                    Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Sanya P. Hill Maxion    sanya.hill@eeoc.gov

John C Kloosterman    jkloosterman@littler.com, cljones@littler.com

Jonathan T. Peck    Jonathan.Peck@eeoc.gov

William Robert Tamayo    william.tamayo@eeoc.gov, pat.tickler@eeoc.gov

Dated: 11/15/07

                          /s/ BAK
                          Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2