**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC, | No. C 07-04787 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE |
| NOVELLUS SYSTEMS INC., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Reassignment of this case a Case Management Conference has been set before Judge James Ware **January 14, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by January 4, 2008. Any motions noticed prior to reassignment shall be renoticed before Judge James Ware subject to the Court's availability.

Dated: November 19, 2007

                                                                FOR THE COURT,
                                                                 Richard W. Wieking, Clerk

                                                     by:  _____/s/_____
                                                             Elizabeth Garcia
                                                            Courtroom Deputy