1  WILLIAM R. TAMAYO- #084964 (CA)
2  JONATHAN T. PECK-#12303 (VA)
   SANYA HILL MAXION-#18739 (WA)
3  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-4000
5  Telephone: (415) 625-5650
   Facsimile: (415) 625-5657
6
7  Attorneys for Plaintiff,
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
8
9  JOHN C. KLOOSTERMAN, Bar No. 182625
   JORJA E. JACKSON, Bar No. 226707
10 LITTLER MENDELSON
   A Professional Corporation
11 650 California Street, 20th Floor
   San Francisco, CA 94108-2693
12 Telephone: (415) 433-1940
13 Facsimile: (415) 399-8490
   E-mail: jkloosterman@littler.com
14         jjackson@littler.com
15
   Attorneys for Defendant
16 NOVELLUS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>Defendant. | Civil Action No.: C 07-4787-JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**JOINT STIP AND ORDER
 CONTINUING CMC DATES
C-07-4787-JW (RS)**

Pursuant to Civil Local Rules 7-12 and 16-2(e), counsel for Defendant, Novellus Systems, Inc. and counsel for Plaintiff, Equal Employment Opportunity Commission, have met and conferred and agree that it would be in the best interests of the parties and of judicial economy to reschedule the Case Management Conference in this action until after the February 4, 2008 hearing on Defendant's Motion to Dismiss Plaintiff's Complaint which was filed with this Court on November 21, 2007.

The parties therefore stipulate, agree, and respectfully request the Court to reschedule the Case Management Conference presently set for January 14, 2008 at 10:00 a.m. to take place February 4, 2008 at 10:00 a.m. or as soon thereafter as practicable for the Court, and further stipulate and agree that all dates relating to the Case Management Conference, including the deadline to meet and confer regarding case management issues and for the exchange of initial disclosures, be reset in accordance with the new Case Management Conference date.

IT IS SO STIPULATED.

Dated: December 13, 2007        LITTLER MENDELSON

By ____/s/_____
JOHN C. KLOOSTERMAN
Attorneys for Defendant,
NOVELLUS SYSTEMS, INC.


Dated: December 13 , 2007        EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

By _____/s/_____
SANYA HILL MAXION

Attorneys for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

JOINT STIP AND ORDER                              2.
CONTINUING CMC DATES
C-07-4787-JW (RS)

## ORDER

Having considered the foregoing Joint Stipulation, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that: The Case Management Conference scheduled for January 14, 2008 will be reset for <u>February 4, 2008</u> at 10:00 a.m. All related dates are reset accordingly. The parties shall file a Joint Case Management Statement ten (10) days before the scheduled conference.

Dated: <u>December 19</u>, 2007

*[signature: James Ware]*

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE