JOHN C. KLOOSTERMAN, Bar No. 182625
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: jkloosterman@littler.com
        jjackson@littler.com

Attorneys for Defendant
NOVELLUS SYSTEMS, INC.

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>Defendant. | Case No.  07-cv-4787 JW (RS)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS [FRCP 12 (b)(6)] OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]** |

TO ALL PARTIES AND THE CLERK OF THE COURT:

Because Plaintiff filed an Amended Complaint on January 10, 2008, Defendant Novellus Systems, Inc. hereby withdraws the Notice of Motion and Motion to Dismiss filed on November 21, 2007.

Dated: January 16, 2008

/s/
JOHN C. KLOOSTERMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NOVELLUS SYSTEMS, INC.

Firmwide:84070008.1 054830.1001

NOTICE OF WITHDRAWAL OF MOTION
TO DISMISS [FRCP 12(b)(6)]                           C07-4787 JW (RS)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940