WILLIAM R. TAMAYO- #084964 (CA)
JONATHAN T. PECK-#12303 (VA)
SANYA HILL MAXION-#18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

Attorneys for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

JOHN C. KLOOSTERMAN, Bar No. 182625
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-mail: jkloosterman@littler.com
jjackson@littler.com

Attorneys for Defendant
NOVELLUS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

NOVELLUS SYSTEMS, INC.,

Defendant.

Civil Action No.: C 07-4787-JW (RS)

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Plaintiff EEOC, by and through its counsel, and Defendant, Novellus Systems, Inc., do hereby stipulate to continue the mediation cutoff date and request that the Court extend the mediation completion date from April 23, 2008 to May 30, 2008 by which the parties are to complete the mediation. This request is made because the Court's appointed mediator, Alan Berkowitz, will be out of the country during the last three weeks in April and because the parties are unavailable for a mediation session prior to that time. The parties have met and conferred and also spoken with Mr. Berkowitz, and he is available for mediation on May 7, 2008. For these reasons, the parties request that the Court vacate the April 23, 2008 mediation cutoff date and reset it for May 30, 2008.

IT IS SO STIPULATED.

Dated:_______3/25/08__________ LITTLER MENDELSON

By ____s/ John C. Kloosterman__________________
JOHN C. KLOOSTERMAN
Attorneys for Defendant,
NOVELLUS SYSTEMS, INC.

Dated:_____3/25/08___________ EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By ____s/ Sanya HillMaxion__________
SANYA HILL MAXION

Attorneys for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Having reviewed the Stipulation of counsel regarding an extension of the mediation cutoff date, it is hereby ordered that the current mediation cutoff date of April 23, 2008 is hereby vacated. The new mediation cutoff date is set for May 30, 2008.

IT IS SO ORDERED.

DATED: ______________________

______________________________
THE HONORABLE JAMES WARE

JOINT STIP AND ORDER
RE: MEDIATION CUTOFF DATE
C-07-4787-JW (RS)

3.