| | |
|---|---|
| 1 | WILLIAM R. TAMAYO- #084964 (CA) |
| 2 | JONATHAN T. PECK-#12303 (VA) |
|   | SANYA HILL MAXION-#18739 (WA) |
| 3 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|   | 350 The Embarcadero, Suite 500 |
| 4 | San Francisco, CA 94105-4000 |
| 5 | Telephone: (415) 625-5650 |
|   | Facsimile: (415) 625-5657 |
| 6 | |
| 7 | Attorneys for Plaintiff, |
|   | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 8 | |
| 9 | JOHN C. KLOOSTERMAN, Bar No. 182625 |
|   | JORJA E. JACKSON, Bar No. 226707 |
| 10 | LITTLER MENDELSON |
|    | A Professional Corporation |
| 11 | 650 California Street, 20th Floor |
|    | San Francisco, CA 94108-2693 |
| 12 | Telephone: (415) 433-1940 |
| 13 | Facsimile: (415) 399-8490 |
|    | E-mail:  jkloosterman@littler.com |
| 14 |          jjackson@littler.com |
| 15 | |
|    | Attorneys for Defendant |
| 16 | NOVELLUS SYSTEMS, INC. |

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
3/28/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | EQUAL EMPLOYMENT OPPORTUNITY | Civil Action No.: C 07-4787-JW (RS) |
| 21 | COMMISSION, | |
| 22 |                                   Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |
| 23 | v. | |
| 24 | | |
| 25 | NOVELLUS SYSTEMS, INC., | |
| 26 |                                   Defendant. | |

**JOINT STIP AND ORDER**
**RE: MEDIATION CUT-OFF DATE**
**C-07-4787-JW (RS)**

Plaintiff EEOC, by and through its counsel, and Defendant, Novellus Systems, Inc., do hereby stipulate to continue the mediation cutoff date and request that the Court extend the mediation completion date from April 23, 2008 to May 30, 2008 by which the parties are to complete the mediation. This request is made because the Court's appointed mediator, Alan Berkowitz, will be out of the country during the last three weeks in April and because the parties are unavailable for a mediation session prior to that time. The parties have met and conferred and also spoken with Mr. Berkowitz, and he is available for mediation on May 7, 2008. For these reasons, the parties request that the Court vacate the April 23, 2008 mediation cutoff date and reset it for May 30, 2008.

IT IS SO STIPULATED.

Dated:_____3/25/08_____  LITTLER MENDELSON

By ____s/ John C. Kloosterman_____
JOHN C. KLOOSTERMAN
Attorneys for Defendant,
NOVELLUS SYSTEMS, INC.

Dated:_____3/25/08_____  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By ____s/ Sanya HillMaxion_____
SANYA HILL MAXION

Attorneys for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Having reviewed the Stipulation of counsel regarding an extension of the mediation cutoff date, it is hereby ordered that the current mediation cutoff date of April 23, 2008 is hereby vacated. The new mediation cutoff date is set for May 30, 2008.

IT IS SO ORDERED.

DATED: _____March 28, 2008_____      _____
                                     THE HONORABLE JAMES WARE

JOINT STIP AND ORDER                 3.
RE: MEDIATION CUTOFF DATE
C-07-4787-JW (RS)