**FILED**

MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. C 07-04787 JW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Novellus Systems, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) <u>May 7, 2008</u>

2.  Did the case settle?  ☒ fully  ☐ partially  ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☐ NO

Dated:    <u>5-7-08</u>

**Mediator, Alan R. Berkowitz**
Bingham, McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111

**Certification of ADR Session**
07-04787 JW MED

United States District Court
Northern District of California