IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission, | NO. C 07-04787 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Novellus Systems, Inc, | |
| Defendant. | |

On May 12, 2008, a Certification of Mediation was filed to inform the Court that the above-entitled matter has reached a full settlement.  (See Docket Item No. 26.)  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **June 23, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 30, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **June 23, 2008**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2  this action.

4  Dated: May 20, 2008

                    JAMES WARE
                    United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John C Kloosterman jkloosterman@littler.com
Jonathan T. Peck Jonathan.Peck@eeoc.gov
Sanya P. Hill Maxion sanya.hill@eeoc.gov
William Robert Tamayo william.tamayo@eeoc.gov

**Dated:  May 20, 2008**                                    **Richard W. Wieking, Clerk**

                                                            **By:     /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**