IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission, | NO. C 07-04787 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Novellus Systems, Inc., et al, | |
| Defendants. | |
| _____/ | |

Pursuant to the Court's June 23, 2008 Order approving the parties' Consent Decree (see docket item no. 29), judgment is entered in favor of Plaintiff Equal Employment Opportunity Commission, against Defendant Novellus Systems, Inc.

The Clerk shall close this file.

Dated: June 26, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John C Kloosterman jkloosterman@littler.com
Jonathan T. Peck Jonathan.Peck@eeoc.gov
Sanya P. Hill Maxion sanya.hill@eeoc.gov
William Robert Tamayo william.tamayo@eeoc.gov

**Dated:  June 26, 2008**                                              **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
          Elizabeth Garcia
          Courtroom Deputy**